# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., )<br>    Plaintiffs, )<br>vs. )<br>BRIAN KEMP, et al., )<br>    Defendants. ) | Case No. _____ |

**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER, AND/OR, IN THE ALTERNATIVE, ISSUANCE OF A PRELIMINARY INJUNCTION**

Plaintiffs commenced this action because Defendants are preventing them from exercising their fundamental, constitutionally guaranteed right to carry loaded, operable handguns on their person, in public, and outside the limited confines of their homes, cars, and workplaces for self-defense. They now move for a temporary restraining order or in the alternative a preliminary injunction.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com

The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
*App. for Pro Hac Vice Forthcoming*


  /s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*App. for Pro Hac Vice Forthcoming*

Attorneys for Plaintiffs