# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

LISA WALTERS, et al.,      )
                        )
      Plaintiffs,      )      CIVIL ACTION FILE NO.
                        )
v.                    )      _____
                        )
BRIAN KEMP, et al.,      )
                        )
      Defendants.      )

## DECLARATION OF MARK WALTERS

I, Mark Walters, declare as follows:

1.    I am an adult resident of the Cherokee County, Georgia, and am married to Lisa Walters, a named plaintiff in the above matter. I have personal knowledge of the facts stated herein, and if called as a witness, I could competently testify to these facts.

2.    This declaration is executed in support of Plaintiffs' Application for Temporary Restraining Order, and/or in the alternative Motion for Preliminary Injunction.

3.    I am a member of Plaintiff Second Amendment Foundation.

4.    I am also a member of Plaintiff Firearms Policy Coalition.

5.    It is necessary for my wife to leave our home and vehicle for essential

purposes, including, but not limited to; purchasing groceries, toiletries, home necessities, and gasoline.

6.  My wife once held a valid Georgia Weapons License ("GWL") carry license issued by Cherokee County, but that license has expired and is ineligible for renewal.

7.  In light of the developing situation involving COVID-19 and the possibility of increased crime and being attacked in public, my wife has grown seriously concerned about her ability to protect herself in public, outside of our home.

8.  On or about April 9, 2020, on behalf and at the request of my wife, I contacted Defendants Wood's and Cherokee County's Probate Court department by telephone in an effort to help her obtain a GWL carry license.

9.  During the call, representatives of Defendants Wood and Cherokee County informed me that they must and would continue to enforce the Cherokee County Defendants' Order, and would not accept or process my wife's application for a GWL until further notice.

10.  In Georgia, most law-abiding individuals, like and including my wife and me, are completely forbidden from carrying loaded, operable handguns outside of their personal residence or vehicle unless they acquire a GWL.

11.  Accordingly, and for the reasons set forth in Plaintiffs' Complaint and

Application and Motion, I respectfully ask this Court to grant the Plaintiffs' Application for Temporary Restraining Order and Motion for Preliminary Injunction.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 15, 2020.

Mark Walters