IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, SECOND AMENDMENT FOUNDATION, and FIREARMS POLICY COALITION, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>BRIAN KEMP,<br>in his official capacity as Governor of The State of Georgia,<br>GARY VOWELL,<br>in his official capacity as Commissioner of the Department of Public Safety and Colonel of the Georgia State Patrol,<br>CHEROKEE COUNTY, GEORGIA, and KEITH WOOD, in his official capacity as Judge of the Probate Court of Cherokee County,<br><br>   Defendants. | CIVIL ACTION FILE<br><br>No. 1:20-CV-1624-SCJ |

## ORDER

This matter appears before the Court on Plaintiffs' Motion for Temporary Restraining Order ("TRO") or Preliminary Injunction and request for immediate

hearing (Doc. No. [2]).

Pursuant to Federal Rule of Civil Procedure 65, the Court will hold an evidentiary hearing on **Monday, April 27, 2020 at 10:30 a.m.** via videoconference. Counsel will receive an email from the Court with an invitation to the meeting and instructions on how to join the videoconference.

It appears that all named Defendants have been served. See Doc. Nos. [4]; [12]. Plaintiffs shall also serve a copy of the Complaint, Motion (at Doc. No. [2]), and this Order on the Attorney General of the State of Georgia in his capacity as the chief law enforcement officer and lawyer for the state.

Defendants are **ORDERED** to file any response briefs to Plaintiffs' Motion no later than **Friday, April 24, 2020 at 3:00 p.m**. The Court also asks that the parties file any exhibits to the docket using CM/ECF's "Notice" function before Monday's hearing. Any exhibits should be marked and numbered before filing.

**IT IS SO ORDERED** this  21st  day of April, 2020.

s/Steve C. Jones

**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**