# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, an individual; SECOND AMENDMENT FOUNDATION; and FIREARMS POLICY COALITION, INC., <br><br>    Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as the Governor of Georgia; GARY VOWELL, in his official capacity as Commissioner of the Department of Public Safety and Colonel of the Georgia State Patrol; THE COUNTY OF CHEROKEE; and KEITH WOOD, in his official capacity as Judge of the Probate Court of Cherokee County, <br><br>    Defendants. | Case No. 1:20-cv-01624-SCJ |

## NOTICE OF FILING EXHIBIT LIST

Comes now, Defendants The County of Cherokee and Keith Wood, in his official capacity as Judge of the Probate Court of Cherokee County, and pursuant to the Court's directions in Judge Jones' April 21, 2020 Order, files this, their Notice of Filing Exhibit List for the evidentiary hearing to be held on Monday, April 27, 2020 as follows:

   **1.** Affidavit of Judge Keith Wood**.**

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed NOTICE OF FILING EXHIBIT LIST with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all counsel of record:

I further certify that the above and foregoing meets the requirements set forth in L.R. 5.1(C) and has been prepared using Times New Roman 14-point font.

This 24th day of April, 2020.

                        **JARRARD & DAVIS, LLP**

                        /s/ *Patrick D. Jaugstetter*
                        ANGELA E. DAVIS
                        Georgia Bar No. 240126
                        adavis@jarrard-davis.com
                        PATRICK D. JAUGSTETTER
                        Georgia Bar No. 389680
                        patrickj@jarrard-davis.com
                        Attorneys for Defendant Cherokee
                        County/Keith Wood

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 (telephone)
(678) 455-7149 (facsimile)