

# Judicial Qualifications Commission
## State of Georgia
www.gajqc.com

## JQC Statement on Statewide Judicial and Public Health Emergencies

**March 16, 2020** – The Judicial Qualifications Commission of Georgia ("JQC), the State agency charged with the responsibility and authority to investigate and prosecute claims of judicial misconduct, stands ready to continue serving the citizens of Georgia during these trying times. With the unprecedented and brave decisions by Chief Justice Harold Melton and Governor Brian Kemp to swiftly and firmly address the threats posed by the spread of the Coronavirus/COVID-19, the JQC will also plan to adapt its functions to meet the needs of our community.

Beginning today, March 16, 2020, the JQC staff will primarily telework in order to do our part in lessening the chance of spreading the Coronavirus/COVID-19. While JQC staff will occasionally work from the agency's formal office space in order to complete essential Commission functions, the general telework policy will remain in effect until the Orders declaring a Statewide Judicial Emergency and Public Health Emergency are lifted. When working in the JQC's formal office space, staff and members will follow internal procedures to ensure a safe work environment and efficiently perform their necessary duties.

The Statewide Judicial Emergency, as Ordered by Chief Justice Melton, sends a direct and balanced message to the courts of Georgia, allowing for continued court functions in addressing *essential* functions necessary to protect the health, safety, and liberty of our citizens, while also recognizing the need for courts to postpone and/or cancel non-essential matters in order to avoid the potential infection of court employees and members of the public attending court. The JQC realizes that this may pose many challenges for parties, litigants, attorneys, court staff, and judges in navigating these uncharted waters. We stand ready to assist our judicial system with situations that may pose ethical dilemmas for all involved. In that vein, we also recognize that opinions may differ regarding how best to handle the novel circumstances that our world faces today. The fact remains, however, that Chief Justice Melton's Order is an overriding directive to the courts, and refusals to abide by the Order may require action by the JQC.

To that end, judges, parties, and the public are encouraged to contact the JQC staff with any questions or concerns about ethical obligations or possible misconduct. As the current landscape calls for quick responses to many of these inquiries, we will do our best to be available during and after normal work hours to address time-sensitive matters. Many members of the judiciary and the bar have already reached out for assistance, and we are committed to doing our part to help guide our State through these difficult and unusual times.

**Exhibit 4**
**Wood**

The best way to contact our agency generally is via our website, www.gajqc.com, or our office number at (404) 558-6940.  I can also be contacted via my direct office number or email.  That contact information is listed below.

Sincerely,

Chuck Boring
Director, Judicial Qualifications Commission of Georgia

<u>Contact:</u> Chuck Boring, Director, (404) 463-1178 or cboring@gajqc.com

xxx