**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| LISA WALTERS, an individual; ) <br> SECOND AMENDMENT ) <br> FOUNDATION; and ) <br> FIREARMS POLICY COALITION, ) <br> INC., ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIAN KEMP, in his official capacity ) <br> as the Governor of Georgia; GARY ) <br> VOWELL, in his official capacity as ) <br> Commissioner of the Department of ) <br> Public Safety and Colonel of the Georgia ) <br> State Patrol; THE COUNTY OF ) <br> CHEROKEE; and KEITH WOOD, in his ) <br> official capacity as Judge of the Probate ) <br> Court of Cherokee County, ) <br> ) <br>     Defendants. ) | Case No. 1:20-cv-01624-SCJ |

**JUDGE KEITH WOOD'S
<u>MOTION TO DISMISS</u>**

    Comes now, KEITH WOOD, Judge of the Probate Court of Cherokee County, Georgia (hereinafter "Judge Wood") and, pursuant to Fed. R. Civ. P. 12(b)(1) (lack

1

of subject matter jurisdiction) and Fed. R. Civ. P. 12(b)(6) (failure to state a claim), files this his Motion to Dismiss asserting that this Court lacks subject matter jurisdiction over the claims asserted in Plaintiffs' Complaint and that Plaintiffs' Complaint fails to state a claim upon which relief may be granted against Judge Wood.  In support of this Motion, Judge Wood relies upon the Pleadings in the Court's record and his Brief in Support of his Motion for Summary Judgment filed contemporaneously herewith.

Judge Wood prays that his Motion be GRANTED and that all claims against him be DISMISSED.

Respectfully submitted, this 24th day of April, 2020.

**JARRARD & DAVIS, LLP**

/s/ *Patrick D. Jaugstetter* .
ANGELA E. DAVIS
Georgia Bar No. 240126
adavis@jarrard-davis.com
PATRICK D. JAUGSTETTER
Georgia Bar No. 389680
patrickj@jarrard-davis.com
Attorneys for Defendant Keith Wood

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 (telephone)
(678) 455-7149 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed JUDGE KEITH WOOD'S MOTION TO DISMISS with the Clerk of Court using the CM/ECF system, which will automatically provide notice to all counsel of record:

I further certify that the above and foregoing meets the requirements set forth in L.R. 5.1(C) and has been prepared using Times New Roman 14-point font.

This 24th day of April, 2020.

**JARRARD & DAVIS, LLP**

/s/ *Patrick D. Jaugstetter*
ANGELA E. DAVIS
Georgia Bar No. 240126
adavis@jarrard-davis.com
PATRICK D. JAUGSTETTER
Georgia Bar No. 389680
patrickj@jarrard-davis.com
Attorneys for Defendant Judge Keith Wood

222 Webb Street
Cumming, Georgia 30040
(678) 455-7150 (telephone)
(678) 455-7149 (facsimile)