IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LISA WALTERS, et al., | ) | |
|     Plaintiffs, | ) | |
| vs. | ) | |
| BRIAN KEMP, et al., | ) | |
|     Defendants. | ) | Case No. 1:20-CV-1624-SCJ |

**NOTICE OF FILING PLAINTIFFS' EXHIBITS**

Please take notice that Plaintiffs are filing their exhibits for the evidentiary hearing on Plaintiffs' Motion for a Preliminary Injunction, consisting of the following:

- Exhibit 1 – Exec. Order Suspending Prohibition on Wearing Masks
- Exhibit 2 – Exec. Order Declaring Public Health Emergency
- Exhibit 3 – Declaration of Judicial Emergency
- Exhibit 4 – Probate Judges Council Information Sheet
- Exhibit 5 – Exec. Order Extending Public Health Emergency
- Exhibit 6 – Declaration Extending Judicial Emergency
- Exhibit 7 – Declaration of John Monroe
- Exhibit 8 – Def. Wood Web Site FAQ
- Exhibit 10 – Def. Wood Web Site re weapons carry licenses
- Exhibit 11 – Memo from Probate Judges Council
- Exhibit 12 – News Article on Marriage Licenses

- Exhibit 13 – Declaration of Lisa Walters

- Exhibit 14 – Declaration of Mark Walters

- Exhibit 15 – Declaration of Brandon Combs

- Exhibit 16 – Declaration of George M

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193


/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
*App. for Pro Hac Vice Forthcoming*


/s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*App. for Pro Hac Vice Forthcoming*

2

Attorneys for Plaintiffs