# Weapons Carry License Information Sheet

# Regarding Chief Justice Melton's Statewide Judicial Emergency Order dated March 14, 2020

   Probate Courts across the state of Georgia will temporarily suspend acceptance of applications for Weapons Carry Licenses and Renewal Weapons Carry Licenses pursuant to an Order of the Supreme Court of Georgia declaring a Judicial Emergency. That Order may be found at https://www.gasupreme.us/wp-content/uploads/2020/03/CJ-Melton-amended-Statewide-Jud-Emergency-order.pdf

   If you are due to renew during the Emergency period, your license will not expire. Chief Justice Melton's Order essentially pushes "PAUSE" on all deadlines created by law or rule. Therefore, you will still be able to renew after the Emergency ends. Presently, that date is April 14, 2020. If that date is extended, further order will issue.

   To give you a concrete example of how this will work, simply add 30 days to whatever your expiration or renewal deadline is. A license expiring March 18, 2020, will expire April 17, 2020. The renewal deadline will extend to May 17, 2020.

   We thank you for your patience in this unusual time. If you have further questions, please call the court and we will be glad to help you.

\_\_\_\_\_County Probate Court

Judge _____

Phone number