

# THE STATE OF GEORGIA

## EXECUTIVE ORDER

BY THE GOVERNOR:

**RENEWAL OF PUBLIC HEALTH STATE OF EMERGENCY**

**WHEREAS:** On March 14, 2020, due to the impact of COVID-19 on the State of Georgia, I issued Executive Order No. 03.14.20.01, declaring a Public Health State of Emergency in Georgia; and

**WHEREAS:** The Georgia General Assembly concurred with Executive Order 03.14.20.01 by joint resolution on March 16, 2020; and

**WHEREAS:** Code Section 38-3-51 vests the Governor with the power to renew any State of Emergency for a period not to exceed thirty (30) days; and

**WHEREAS:** In consultation with the Commissioner of Public Health, the Director of the Georgia Emergency Management and Homeland Security Agency, the Adjutant General of the Georgia National Guard, and other state health and emergency preparedness officials, I have determined the public health emergency created by the spread of COVID-19 persists in the State, and that it is necessary and appropriate to renew the Public Health State of Emergency for thirty (30) days.

**NOW, THEREFORE, PURSUANT TO CODE SECTION 38-3-51, AND THE AUTHORITY VESTED IN ME AS GOVERNOR OF THE STATE OF GEORGIA, IT IS HEREBY**

**ORDERED:** That the Public Health State of Emergency declared by Executive Order 03.14.20.01, which is set to expire on Monday, April 13, 2020 at 11:59 P.M., shall be renewed for thirty (30) days.

**IT IS FURTHER**

**ORDERED:** That the Public Health State of Emergency shall terminate on May 13, 2020, at 11:59 P.M., unless it is renewed by the Governor.

**IT IS FURTHER**

**ORDERED:**   That the terms of Executive Order 03.14.20.01 are hereby adopted by reference.

**IT IS FURTHER**

**ORDERED:**   That Executive Orders 04.02.20.01, 04.03.20.01, and 04.03.20.02 which are set to expire on Monday, April 13, 2020, at 11:59 P.M. are hereby extended for a period of seventeen (17) days, and shall expire on Thursday, April 30, 2020, at 11:59 P.M.

**IT IS FURTHER**

**ORDERED:**   That if one or more of the provisions contained in this Order shall be held to be invalid, in violation of the Georgia Constitution, in violation of Georgia law, or unenforceable in any respect, such invalidity, violation, or unenforceability shall not affect any other provisions of this Order, but, in such case, this Order shall be construed as if such invalid, illegal, or unenforceable provision had not been included in the Order.

**IT IS FURTHER**

**ORDERED:**   All provisions of this Order shall become effective upon signature.

This 8th day of April 2020, at 2:41 P.M.

_____
**GOVERNOR**