# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., ) | |
|     Plaintiffs, ) | |
| vs. ) | |
| BRIAN KEMP, et al., ) | |
|     Defendants. ) | Case No. 1:20-CV-1624-SCJ |

## DECLARATION OF JOHN MONROE

John Monroe on oath states as follows:

1. I am at least 18 years of age and otherwise competent to make this declaration.

2. I am one of the attorneys for the Plaintiffs in this case.

3. On April 15, 2020, I called the UPS Store # 4448 in Atlanta, Georgia.

4. That store serves as a Georgia Applicant Processing Service ("GAPS") fingerprint capture locations authorized by the Georgia Bureau of Investigation ("GBI"), as described on GBI's web site at https://gbi.georgia.gov/georgia-applicant-processing-service.

5. I picked that store at random from the list of GAPS locations found at https://www.aps.gemalto.com/ga/GA_regions_html/reg_3.htm.

6. I inquired if the store were doing fingerprinting during the COVID-19 emergency.

1

7. The store told me that it was, and it was doing so on a "touchless" basis by having the applicant operate the machine himself or herself with oral instructions from store employees from across the room.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193