Plaintiffs' Exhibit 8



Home     I Need To...     Departments     Tax Payers     Court System

Contact Us     

# Probate Court

Plaintiffs' Exhibit 8



### Keith Wood

*Probate Judge*

(678) 493-6160

Back to Probate Court

Forms and Documents

Contact Department

Send Us An Email



## Weapons Carry License FAQ

**Georgia Weapons Carry License FAQ**

The purpose of this document is to answer some of the questions we get from citizens who are interested in applying for a Georgia Weapons Carry License (WCL).

**Where can I carry my weapons?**

This is the Court's most frequently asked question and it is one that can not be legally answered either by the staff or the judge. The best way to find out the answer to this question is to begin with a review of O.C.G.A. §§16-11-126 through 16-11-136. You can find these code sections either online (https://www.lexis-nexis.com/hottopics/gacode/default.asp) or at your local library.

**How much does it cost to get a WCL?**

The initial cost to apply for a license is $76.00, broken down as follows: $30.00 application fee, $5.00 fingerprint fee and $41.00 fee from the G.B.I to conduct the background check. Cash, money order, and credit/debit cards are acceptable forms of payment. (NO CHECKS) *Note: There will be a convenience charge for all card transactions.

If you qualify for a renewal license, the cost is the $30.00 application fee only.

### Do I need to go to the Sheriff's Office to get fingerprinted?

In May 2008, the Cherokee County Probate Court obtained a Live Scan terminal in order to conduct the fingerprint checks required by law to issue a WCL. This means that there is no longer a need for an applicant to have their fingerprints done at the Sheriff's Department.

### I already have a WCL and simply need to get it renewed. Do I have to go through the whole application and fingerprint process again?

Depends. If your license has been expired for more than 30 days, then yes. If it has not expired or has been expired for less than 30 days, then you will not be fingerprinted again (unless you insist).

### Where do I get a concealed firearm permit?

There is only one type of license issued by this Court, and it is called a Georgia Weapons Carry License. See O.C.G.A. §16-11-129. It has also been called, among other things, a Pistol Toter's Permit, a Carry Permit, Georgia Firearms License and a Concealed Weapon Permit.

### Where do I register my guns?

It is the understanding of this Court that, in the State of Georgia, you are not required to register your firearms. Again, check with your local law enforcement agency for any local rules.

### How long will it take to get my license after I apply?

The answer to this question varies significantly. Some applicants have fingerprints that are difficult to read electronically and are required to be printed a second time. If the electronic prints are not accepted, it may be necessary to submit printed cards which can take several months to be deciphered by the F.B.I. and the G.B.I. Also, non-fingerprint based criminal histories, including the NICS check, are name-based only and sometimes require additional time to sift through depending on the applicant's name.

In addition to bad prints, some applicants have criminal histories which lack dispositions, need to be interpreted or have other issues.

If there may be a delay in issuing the license, the applicant will be given notice of the issue with their application and how the issue may be resolved. Due to many variables involved with obtaining a **complete criminal history, the staff will be unable to provide you with specifics as to**

Plaintiffs' Exhibit 8

criminal history, the staff will be unable to provide you with an estimate as to when you will receive your license.

**What would prevent me from receiving a WCL?**

For a list of things that would render an applicant ineligible to receive a WCL, please see O.C.G.A. §§16-11-129.

**I was fingerprinted when I joined the United States Navy in 1978. Don't you already have my fingerprints on file?**

Fingerprints are not stored in this office. They are simply a unique identifier, much like a person's name, that is used as a means of reference in order to obtain a (hopefully) complete criminal history.

**I've applied for a WCL and have been denied due to my 15 page criminal history containing multiple felony and drug convictions. Do I get my money back?**

No.



WHERE METRO MEETS THE MOUNTAINS

Cherokee County, Georgia "Where Metro Meets the Mountains" | © Cherokee County Board of Commissioners

County Email | Privacy Statement | Terms and Conditions | ADA Compliance | Human Trafficking Notice

powered by Cherokee ITS

Select Language

Powered by Google Translate

