

# Supreme Court
# State of Georgia

NATHAN DEAL JUDICIAL CENTER

Atlanta 30334

April 9, 2020

Mr. John R. Monroe
John Monroe Law, PC
156 Robert Jones Road
Dawsonville, Georgia 30534

Dear Mr. Monroe,

Thank you for your letter of March 27, 2020 regarding implications of the declared judicial emergency as it relates to carrying a weapon outside one's home, automobile, or place of business without a license.

In response, please let me begin by pointing out that the authority that I have to declare a judicial emergency and the scope of what that declaration can provide is set forth in OCGA § 38-3-60 et seq. which deals almost exclusively with extending deadlines and other time schedules "imposed by otherwise applicable statutes, rules, regulations, or court orders." This is consistent with what you indicated that the probate court has reported to you. However, the ability to administratively suspend substantive legal requirements altogether, such as the license requirement to carry a weapon, is vested, if at all, with the Governor. You seem to already appreciate this assignment of authority as evidenced by your separate letter to him regarding this matter.

I am mindful of the practical difficulties imposed by this present state of affairs and thank you for your concerns. Above all, I hope for you, your family and friends to remain safe and healthy during this difficult time.

Sincerely,

Harold D. Melton