

## PLEASE NOTE

All county buildings are closed to the public effective 3/18 - 4/30

Exception is that courts of the Blue Ridge Judicial Circuit, Cherokee County, continue to hear essential matters. Court sessions remain open to the public.

Please see the press release on our COVID-19 web page and continue to visit that page for the latest updates.

close this warning



## Keith Wood

*Probate Judge*

(678) 493-6160

Forms and Documents

Contact Department

Send Us An Email

   

GA Probate Court Standard Forms

Marriage And Estate Search

Marriage Licenses

Temporary Guardianship

Plaintiffs' Exhibit 10

Weapons Carry License FAQ

Weapons Carry Licenses

NOTICE TO THE PUBLIC

On March 14, 2020, Georgia Supreme Court Chief Justice Harold D. Melton issued an order Declaring a state-wide judicial emergency order based on the Coronavirus/ COVID-19 pandemic.  An order entered on April 6, 2020 extends this period **through May 13, 2020**.

This order, in part, limits court operations to only those matters which are deemed essential.

The public should avoid coming to the Probate Court offices during the period of time covered by this Justice Melton's order.  However, the Court recognizes that some types of proceedings are essential to be handled on an emergency basis.  In order to continue meeting the needs of the citizens of this county and taking into consideration the nature of the current pandemic, the following shall apply during the pendency of the judicial emergency:

ESSENTIAL MATTERS

The following matters are deemed essential and shall be processed as a normal course of business:

- Emergency Guardianship and Conservatorship Proceedings filed pursuant to O.C.G.A. §§29-4-14 and 29-5-14, et. seq.
- Guardianship and Conservatorship Proceedings filed pursuant to O.C.G.A. §§29-4-1 and 29-5-1 where there are allegations of abuse or neglect
- Petitions for the appointment of a Temporary Medical Consent Guardian
- Orders to Apprehend (a/k/a 10-13 orders) pursuant to O.C.G.A. §§37-3-41 and 37-7-41
- Proceedings providing for the disposition of remains pursuant to O.C.G.A. §31-21-7
- Marriage License applications for weddings which will take place during the pendency of the Judicial Emergency
- Other legitimate emergency matters will be accepted on a case-by-case basis

NON-ESSENTIAL MATTERS

The following matters are deemed non-essential and will not be accepted during the pendency of the judicial emergency:

### Weapons Carry Licenses

Weapons Carry License application WILL NOT be accepted during the period covered by the judicial emergency. The emergency order extends the period for renewal for any Weapons Carry License that expires during this period of time.

### Marriage License Applications

Except as provided above, marriage license applications will not be accepted during the period covered by the judicial emergency.

### All Other Civil Matters

All other walk-in civil filings, will not be accepted during the pendency of the judicial emergency. However, the Court will continue to process any matters which are mailed into the office.

Thank you in advance for your consideration,

Keith Wood, Probate Judge

### WHERE METRO MEETS THE MOUNTAINS

Cherokee County, Georgia "Where Metro Meets the Mountains" | © Cherokee County Board of Commissioners

County Email | Privacy Statement | Terms and Conditions | ADA Compliance | Human Trafficking Notice

powered by Cherokee ITS

Select Language
Powered by Google Translate

