# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-01624-SCJ
## Walters et al v. Kemp et al
## Honorable Steve C. Jones

Minute Sheet for proceedings held on 04/27/2020.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 12:05 P.M.      COURT REPORTER: David Ritchie
TIME IN COURT: 1:35                   DEPUTY CLERK: Pamela Wright
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Cristina Correia representing Brian Kemp |
| | Cristina Correia representing Gary Vowell |
| | Angela Davis representing The County of Cherokee, Georgia |
| | Angela Davis representing Keith Wood |
| | |
| | Raymond DiGuiseppe representing Firearms Policy Coalition, Inc. |
| | Raymond DiGuiseppe representing Second Amendment Foundation |
| | Raymond DiGuiseppe representing Lisa Walters |
| | Patrick Jaugstetter representing The County of Cherokee, Georgia |
| | Patrick Jaugstetter representing Keith Wood |
| | Adam Kraut representing Firearms Policy Coalition, Inc. |
| | Adam Kraut representing Second Amendment Foundation |
| | Adam Kraut representing Lisa Walters |
| | John Monroe representing Firearms Policy Coalition, Inc. |
| | John Monroe representing Second Amendment Foundation |
| | John Monroe representing Lisa Walters |
| | Andrew Pinson representing Brian Kemp |
| | Andrew Pinson representing Gary Vowell |
| | Tina Piper representing Brian Kemp |
| | Tina Piper representing Gary Vowell |
| PROCEEDING CATEGORY: | Evidentiary Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [2]Motion for TRO WITHDRAWN |
| | [2]Motion for Preliminary Injunction TAKEN UNDER ADVISEMENT |

| | |
|---|---|
| MINUTE TEXT: | Hearing held via videoconference. Counsel for Plaintiffs verbally WITHDREW the Motion for TRO [2-1]; hearing proceeded as to Plaintiffs' Motion for Preliminary Injunction. Oral argument heard. Plaintiffs' Exhibits 1-16 admitted over objections(exhibits previously filed at doc. [30].) The Court granted Defendants leave to file any objections regarding the filing of Plaintiffs' exhibits by 1:00 PM on 4/28/2020. Counsel for Plaintiffs may also file a statement. All parties were directed to file any post-hearing briefs (no longer than 25 pages) by 5:00 PM on 4/29/2020. The matter was taken under advisement by the Court, with order to follow. |
| HEARING STATUS: | Hearing Concluded |