IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., | |
| Plaintiffs, | CIVIL ACTION FILE |
| v. | NO. 1:20-CV-1624-SCJ |
| BRIAN KEMP, *Individually and in his official capacity as Governor of The State of Georgia*, et al., | |
| Defendants. | |

## **ORDER**

**IT IS HEREBY ORDERED** that a transcript of the hearing by videoconference on Plaintiffs' Motion for Preliminary Injunction held before the undersigned on April 27, 2020 be prepared for the Court's consideration and for public reference. The cost of said transcript shall be divided equally between the parties.

**IT IS SO ORDERED**, this 27th day of April, 2020.

                                                        s/Steve C. Jones
                                                       STEVE C. JONES
                                                       UNITED STATES DISTRICT JUDGE