# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, an individual; ) <br> SECOND AMENDMENT ) <br> FOUNDATION; and ) <br> FIREARMS POLICY COALITION, ) <br> INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BRIAN KEMP, in his official capacity ) <br> as the Governor of Georgia; GARY ) <br> VOWELL, in his official capacity as ) <br> Commissioner of the Department of ) <br> Public Safety and Colonel of the Georgia ) <br> State Patrol; THE COUNTY OF ) <br> CHEROKEE; and KEITH WOOD, in his ) <br> official capacity as Judge of the Probate ) <br> Court of Cherokee County, ) <br> ) <br> Defendants. ) | Case No. 1:20-cv-01624-SCJ |

## DECLARATION OF JUDGE KEITH WOOD

COMES NOW, Judge Keith Wood, and in accordance with 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

1. My name is Keith Wood. I am over twenty-one (21) years of age. I am currently suffering from no legal, mental, or emotional disability that would prevent me from giving testimony. I make this declaration pursuant to 28 U.S.C. § 1746, having personal knowledge of the facts stated herein.

2. I currently serve as Judge of the Probate Court of Cherokee County and am named, in my official capacity, as a Defendant in the above-captioned action.

3. On the afternoon of Monday, April 27, 2020, I consulted the Georgia Bureau of Investigation's ("GBI") website (https://gbi.georgia.gov/georgia-applicant-processing-service) to determine locations authorized by the GBI to capture and process fingerprints for use in connection with the Georgia Weapons License Application.

4. Likewise, on the afternoon of Monday, April 27, 2020, I consulted the Georgia Applicant Processing Service ("GAPS") website at (https://www.aps.gemalto.com/ga/GA_regions_html/reg_3.htm) to determine whether there are any locations in Cherokee County which provide fingerprint collection and processing services.

5. The GAPS website indicated that a location existed in Cherokee County at UPS Store #1579, 1354 Riverstone Parkway, Canton, GA 30114.

6. On the morning of Tuesday, April 28, 2020, I traveled to the UPS Store #1579 to inquire as to whether that store was collecting and processing such fingerprints.

7. The staff member present at the store advised me that UPS Store #1579 was not currently collecting fingerprints through GAPS and had not been told when they would re-commence collection of such fingerprints, although it

would probably be in "several weeks."

8. Other than UPS Store #1579, I found no other fingerprint collection locations in Cherokee County.

9. The Cherokee County Probate Court has neither contracted nor registered with GAPS for the collection or processing of fingerprints for any purposes, including GW applications.

10. I am aware that this Declaration may be used in opposition to Plaintiff's Application for Preliminary Injunction in the above-captioned action and for other purposes authorized by law.

I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 28th day of April, 2020.

_____
Judge Keith Wood

Sworn to and subscribed
before me this 28 day of
April, 2020

_____
Notary Public
Commission Expires: 1-10-21