# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., ) | |
|     Plaintiffs, ) | |
| vs. ) | |
| BRIAN KEMP, et al., ) | |
|     Defendants. ) | Case No. 1:20-CV-1624-SCJ |

## PLAINTIFFS' NOTICE OF APPEAL

Please take notice that all Plaintiffs appeal to the U.S. Court of Appeals for the 11th Circuit from the Court's denial [Doc. 41] of their Motion for a Preliminary Injunction entered May 5, 2020.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
*Admitted Pro Hac Vice*

      /s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*Admitted Pro Hac Vice*

      /s/ Erik S. Jaffe
Erik S. Jaffe
Schaerr | Jaffe LLP
1717 K. Street, NW
Washington, DC 20006
(202) 787-1060
ejaffe@schaerr-jaffe.com
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs