# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., | ) |
|     Plaintiffs, | ) |
| vs. | ) |
| BRIAN KEMP, et al., | ) |
|     Defendants. | )    Case No. 1:20-CV-1624-SCJ |

## PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL

Pursuant to F.R.A.P. 8(a)(1), Plaintiffs move for an injunction while their appeal is pending. In particular, Plaintiffs request an injunction against enforcement of O.C.G.A. § 16-11-126 or in the alternative an injunction ordering Defendant Wood to accept and process applications for Georgia weapons carry licenses.

As grounds for this Motion, Plaintiffs direct the Court to their previous motions, briefs, supporting documents and arguments in this case.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193


   /s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com

2

                              The DiGuiseppe Law Firm, P.C.
                              4320 Southport-Supply Road, Suite 300
                              Southport, North Carolina 28461
                              Phone: 910-713-8804
                              Fax: 910-672-7705
                              *Admitted Pro Hac Vice*


                              _____/s/ Adam Kraut_____
                              Adam Kraut, Esq.
                              Firearms Policy Coalition
                              Attorney for Plaintiffs
                              1215 K Street, 17th Floor
                              Sacramento, CA 95814
                              (916) 476-2342
                              akraut@fpclaw.org
                              *Admitted Pro Hac Vice*

                              _____/s/ Erik S. Jaffe_____
                              Erik S. Jaffe
                              Schaerr | Jaffe LLP
                              1717 K. Street, NW
                              Washington, DC  20006
                              (202) 787-1060
                              ejaffe@schaerr-jaffe.com
                              *Admitted Pro Hac Vice*


                              Attorneys for Plaintiffs