# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, et al., )<br>    Plaintiffs, )<br>vs. )<br>BRIAN KEMP, et al., )<br>    Defendants. ) | Case No. 1:20-CV-1624-SCJ |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO DISMISS

Defendants Cherokee County and Keith Wood filed motions to dismiss [Docs. 27 and 29] on April 24, 2020. Plaintiffs are concentrating their resources on the appeal of this Court's denial of their Motion for an Interlocutory Injunction. They therefore move for a 30-day extension of time in which to file responses to the motions to dismiss, or up to and including June 8, 2020. Plaintiffs have sought the response of defense counsel to such a request prior to filing it, but Plaintiffs have not received a response.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193

     /s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
*Admitted Pro Hac Vice*


     /s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*Admitted Pro Hac Vice*

     /s/ Erik S. Jaffe
Erik S. Jaffe
Schaerr | Jaffe LLP
1717 K. Street, NW
Washington, DC 20006
(202) 787-1060
ejaffe@schaerr-jaffe.com
*Admitted Pro Hac Vice*


Attorneys for Plaintiffs