# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LISA WALTERS, SECOND AMENDMENT FOUNDATION, and FIREARMS POLICY COALITION, INC., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, in his official capacity as Governor of The State of Georgia, GARY VOWELL, in his official capacity as Commissioner of the Department of Public Safety and Colonel of the Georgia State Patrol, CHEROKEE COUNTY, GEORGIA, and KEITH WOOD, in his official capacity as Judge of the Probate Court of Cherokee County, <br><br> Defendants. | CIVIL ACTION FILE <br><br> No. 1:20-CV-1624-SCJ |

## ORDER

This matter appears before the Court on Defendants' Objections to Plaintiffs' hearing exhibits (Doc. Nos. [35]; [34]). At the April 27, 2020 preliminary

injunction hearing, counsel for Governor Kemp and Colonel Vowell ("the State Defendants") raised objections to Plaintiffs' hearing exhibits. Doc. No. [35], Tr. 6:7–12. The Court overruled the State Defendants' objections and allowed the exhibits to be entered into evidence for purposes of the preliminary injunction hearing, but invited Defendants to file a brief outlining any additional objections after the hearing. Id. at 7:5–10. The State Defendants did not file such a brief, but Cherokee County and Judge Wood ("the County Defendants") did. See Doc. No. [34]. Plaintiffs also filed a response in support of their proffered exhibits. See Doc. No. [33].

After considering both briefs, the County Defendants' Objections (Doc. No. [34]) are **OVERRULED**. The Court admitted the exhibits into evidence and took them into consideration in deciding Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED** this __7th__ day of May, 2020.

                                            _s/Steve C. Jones_
                                            **HONORABLE STEVE C. JONES**
                                            **UNITED STATES DISTRICT JUDGE**