IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LISA WALTERS, et al.,

        Plaintiffs,

vs.

BRIAN KEMP, et al.

        Defendants.

)
)
)
)
)
)
)
)
)
)

CIVIL ACTION FILE NO.:

1:20-cv-1624-SCJ

## GOVERNOR KEMP AND COLONEL VOWELL'S
## MOTION TO DISMISS PLAINTIFFS' COMPLAINT

COME NOW Defendants Brian Kemp, Governor of the State of Georgia, and Colonel Gary Vowell, Commissioner of the Georgia Department of Public Safety, and move to dismiss Plaintiffs' Complaint pursuant to Fed.R.Civ.P. 12(b)(1) and 12(b)(6) based on lack of standing, mootness, Eleventh Amendment, and failure to state a claim. The reasons for this Motion are set forth more fully in the accompanying brief.

    Respectfully submitted this 14th  day of May, 2020.

                            CHRISTOPHER M. CARR      112505
                            Attorney General

                            ANDREW A. PINSON         584719
                            Solicitor General

BETH BURTON                             027500
Deputy Attorney General

/s/ Tina M. Piper
TINA M. PIPER                           142469
Sr. Assistant Attorney General

/s/ Cristina M. Correia
CRISTINA M. CORREIA                     188620
Sr. Assistant Attorney General

/s/ Meghan R. Davidson
MEGHAN R. DAVIDSON                      445566
Assistant Attorney General

DREW F. WALDBESER
Assistant Solicitor General


40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Direct line: (404) 657-3983
Fax: (404) 463-8864
Email: tpiper@law.ga.gov

## CERTIFICATE OF COMPLIANCE

I hereby certify that the forgoing Defendant's Response to Plaintiffs' Motion for Preliminary Injunction were prepared in 14-point Times New Roman in compliance with Local Rules 5.1(C) and 7.1(D).

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed **GOVERNOR KEMP AND COLONEL VOWELL'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of the attorneys of record.

This 14th  day of May, 2020.

/s/ Cristina M. Correia
CRISTINA M. CORREIA
Senior Assistant Attorney General