**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| LISA WALTERS, et al., | ) | |
|     Plaintiffs, | ) | |
| vs. | ) | |
| BRIAN KEMP, et al., | ) | |
|     Defendants. | ) | Case No. 1:20-CV-1624-SCJ |

**NOTICE OF DISMISSAL OF COUNTY OF CHEROKEE**

Please take notice that, based on defense counsel's representation that the employees of the Cherokee County Probate Court answer only to Defendant Keith Wood and not to the County of Cherokee, Plaintiffs are dismissing their claims against the County of Cherokee pursuant to Fed.R.Civ.Proc. 41(a)(1)(A)(i) (the County of Cherokee not having filed an answer or motion for summary judgment).

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA  30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193


    /s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804

1

Fax: 910-672-7705
*App. for Pro Hac Vice Forthcoming*


      /s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*App. for Pro Hac Vice Forthcoming*

Attorneys for Plaintiffs