# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| LISA WALTERS, et al., | ) | |
|     Plaintiffs, | ) | |
| vs. | ) | |
| BRIAN KEMP, et al., | ) | |
|     Defendants. | ) | Case No. 1:20-CV-1624-SCJ |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO ALL MOTIONS TO DISMISS

Plaintiffs move for an extension of time to respond to Docs. 56 and 57 (Defendants Cherokee County[1] and Keith Wood (the "County Defendants") Second Motion to Dismiss and Defendants Brian Kemp and Gary Vowell (the "State Defendants") Motion to Dismiss, respectively) (collectively, the "Motions"). As grounds for the present motion, Plaintiffs show the Court as follows:

The County Defendants filed motions to dismiss [Docs. 27 and 29] (the "First County Motion") on April 24, 2020. On May 7, 2020, the Court granted Plaintiffs' Motion for an extension of time [46] to respond to the First County Motion so that the response is due by June 8, 2020. On May 14, 2020, Defendants filed the Motions. The normal due date for the Motions would be May 28, 2020. Because all three sets of motions to dismiss are inter-related, Plaintiffs move to have all due dates set

---

[1] Plaintiffs note that they have voluntarily dismissed Cherokee County as a Defendant, so they only will respond to the portions of Doc. 56 that pertain to Keith Wool.

1

together. They therefore move for an extension of time to respond to the Motions up to and including June 8, 2020.

/s/ John R. Monroe
John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Road
Dawsonville, GA 30534
678-362-7650
jrm@johnmonroelaw.com
State Bar No. 516193


/s/ Raymond M. DiGuiseppe
Raymond M. DiGuiseppe
law.rmd@gmail.com
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, North Carolina 28461
Phone: 910-713-8804
Fax: 910-672-7705
*Admitted Pro Hac Vice*


/s/ Adam Kraut
Adam Kraut, Esq.
Firearms Policy Coalition
Attorney for Plaintiffs
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org
*Admitted Pro Hac Vice*

/s/ Erik S. Jaffe
Erik S. Jaffe
Schaerr | Jaffe LLP

1717 K. Street, NW
Washington, DC 20006
(202) 787-1060
[ejaffe@schaerr-jaffe.com](mailto:ejaffe@schaerr-jaffe.com)
*Admitted Pro Hac Vice*

Attorneys for Plaintiffs