

**Limited Liability Partnership**

KEN E. JARRARD*
ANGELA E. DAVIS
CHRISTOPHER J. HAMILTON
MEGAN N. MARTIN
KENNETH P. ROBIN
PATRICK D. JAUGSTETTER
———————————
OF COUNSEL:
DEBORAH L. DANCE

222 Webb Street
Cumming, Georgia 30040

TELEPHONE: 678.455.7150
FACSIMILE: 678.455.7149

PATRICKJ@JARRARD-DAVIS.COM

† Also Admitted in Illinois & California
* Also Admitted in Tennessee   ᶦ Also Admitted in Florida

PAUL B. FRICKEY
SARAH VANVOLKENBURGH†
G. AARON MEYER
MOLLY N. ESSWEIN
SAM P. VANVOLKENBURGH
JEFFREY M. STRICKLAND
PATRICK DOYLE DODSON*
MELISSA A. KLATZKOWᶦ

May 13, 2020

John R. Monroe
John Monroe Law, P.C.
156 Robert Jones Rd.
Dawsonville, GA 30534

Adam Kraut
Firearms Policy Coalition
17th Floor
1215 K Street
Sacramento, CA 95814

Erik Scott Jaffe
Schaerr | Jaffe LLP
1717 K. Street, NW
Washington, DC 20006

Raymond DiGuiseppe
The DiGuiseppe Law Firm, P.C.
Suite 300
4320 Southport-Supply Road
Southport, NC 28461

RE:   Lisa Walters, et al v. Brian Kemp, et al.
      In the United States District Court for the Northern District of Georgia
      Civil Action File No. 1:20-cv-01624

Dear Sirs:

Pursuant to FRCP Rule 11, please find enclosed a service copy of Judge Wood's Motion for Rule 11 Sanctions. As is explained more fully in the attached Motion, and as is further explained in Judge Wood's previous filings – especially in his Motion to Dismiss (which Plaintiffs have gone to great effort to avoid addressing) – all of the claims asserted against Judge Wood lack merit.

      While there exists neither legal authority nor facts to support any relief against Judge Wood, he has, nonetheless, been put into the unenviable position of responding to all of your clients' motions (which have all required expedited responses).  As you are certainly well aware, this has caused Judge Wood to incur substantial legal fees – all of which could have been avoided had the Plaintiffs, on receiving Judge Wood's Motion to Dismiss, and upon learning of the Judges resumption of the issuance of weapons licenses, investigated the law and determined that the continued maintenance of the claims against Judge Wood lacked any legal or factual support.  Instead, the Plaintiffs' have seemingly ignored the clear and well-settled law demanding dismissal of the claims and have left us with no choice but to demand that all claims against Judge Wood be dismissed within 21 days from the date hereof or the County will have no choice but to file the enclosed Motion for Sanctions.

      Should you have any questions, or if you would like to discuss this matter in more detail, please feel free to call.

      Kindest regards.

      Sincerely,

      **JARRARD & DAVIS, LLP**

      *s/ Patrick Jaugstetter*
      Patrick Jaugstetter

Encl.

Copy via e-mail with attachment to:
    Angela E. Davis, Esq.
    Hon. Keith Wood, Judge of the Probate Court of Cherokee County